# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NIEADA JONES-LESTER, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:17-cv-02069-RMB-KMW |
| | : | |
| v. | : | *Honorable Renee Marie Bumb* |
| | : | |
| UNITED SURGICAL PARTNERS INTERNATIONAL, INC. d/b/a MILLENNIUM SURGICAL CENTER and DEBORAH LANDIS, | : | (*Document Electronically Filed*) |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

The parties to this civil action, Plaintiff, Nieada Jones-Lester, and Defendant, United Surgical Partners International, Inc. d/b/a Millennium Surgical Center and Deborah Landis, by their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned action is dismissed with prejudice.

| | |
|---|---|
| **LAW OFFICES OF OLUGBENGA ABIONA** | **OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.** |
| | |
| */s/ Olugbenga Abiona* | */s/ Jacqueline R. Barrett* |
| Olugbenga Abiona, Esq. | Jacqueline R. Barrett |
| 1433 S. 4th Street | Jessica M. Bocchinfuso, Esq. |
| Philadelphia, PA 19147 | 1735 Market Street, Suite 3000 |
| (215) 625-0330 | Philadelphia, PA 19103 |
| oluesq@aol.com | (215) 995-2800 (telephone) |
| *Attorney for Plaintiff* | jacqueline.barrett@ogletree.com |
| | jessica.bocchinfuso@ogletree.com |
| | *Attorneys for Defendants* |

Dated: September 20, 2017

Jacqueline R. Barrett, Esq.
Jessica M. Bocchinfuso, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA  19103
(215) 995-2800
jacqueline.barrett@ogletree.com
jessica.bocchinfuso@ogletree.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NIEADA JONES-LESTER, | : | |
| | : | |
| Plaintiff, | : | Case No.  1:17-cv-02069-RMB-KMW |
| | : | |
| v. | : | *Honorable Renee Marie Bumb* |
| | : | |
| UNITED SURGICAL PARTNERS INTERNATIONAL, INC. d/b/a MILLENNIUM SURGICAL CENTER and DEBORAH LANDIS, | : | (*Document Electronically Filed*) |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of September, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was electronically filed and may be viewed and downloaded from the ECF System.

                                              OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWART, P.C.

                                              */s/ Jacqueline R. Barrett*
                                              Jacqueline R. Barrett

                                              *Attorney for Defendants*